IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:13-CR-04062-3-BCW |
| | ) | |
| CLIFFORD ANDREW LAKE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation (Doc. #56) denying Defendant Clifford Andrew Lake's Motion to Suppress Statements (Doc. #39). Neither party filed objections to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Whitworth's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #56), Defendant Lake's Motion to Suppress Statements (Doc. #39) is DENIED. It is further

ORDERED that Magistrate Judge Whitworth's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: April 25, 2014                          /s/ Brian C. Wimes
                                                                                  JUDGE BRIAN C. WIMES
                                                                                  UNITED STATES DISTRICT COURT